# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE DEFENDANT'S** |
| | ) | **CONDITIONS OF RELEASE** |
| vs. | ) | |
| | ) | |
| Daniel Bata, | ) | Case No. 4:13-mj-025 |
| | ) | |
| Defendant. | ) | |

Due to defendant Daniel Bata's placement in a medical treatment facility, the court has issued an Amended Order Setting Conditions of Release removing the requirement that defendant be supervised by Pretrial Services. Upon request of the government, the court may order supervision at a later date if defendant's status changes.

Dated this 1st day of March, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court